# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# P.O. BOX 791
# RALEIGH, NC 27602

CASE NO.: 20-03116-5-DMW
CHAPTER 13

IN RE:
DARRELL WAYNE HARRIS
228 MCMANNEN DRIVE
HILLSBOROUGH, NC 27278-7122

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a hearing will be held as indicated below:

| | |
|---|---|
| DATE: | January 27, 2021 |
| TIME: | 9:30 AM |
| PLACE: | U.S. Courthouse & Post Office<br>3rd Floor Courtroom<br>300 Fayetteville Street<br>Raleigh, NC 27601 |
| REASON: | To consider and act on the following matters: **Chapter 13 Trustee's Motion to Dismiss** and to transact all other business as may properly come before the court. |

DATED: January 15, 2021

Stephanie J. Butler
Clerk of Court

### CERTIFICATION OF SERVICE

I, Nancy Burton, Case Administrator for the Office of the Chapter 13 Trustee, John F. Logan, P.O. Box 61039, Raleigh, NC 27661, certify: that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; that on this day, copies of the foregoing Notice of Hearing were served on the Debtor and the attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: January 15, 2021

/s/Nancy Burton
Case Administrator