**SO ORDERED.**

**SIGNED this 2 day of February, 2021.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

**IN RE:**

| | |
|---|---|
| **DARRELL WAYNE HARRIS,** | **CASE NO. 20-03116-5-DMW** |
| | **CHAPTER 13** |
| **DEBTOR** | |

**INTERIM CONSENT ORDER CONTINUING HEARING ON**
**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

**THIS CAUSE** comes before the Court on the Chapter 13 Trustee's Motion to Dismiss (Doc 20) and the Debtor's Response (Doc 21). This matter was scheduled and noticed for hearing on January 27, 2021, and the Chapter 13 Trustee and Debtor agree to the entry of this Interim Order according to the following terms:

**NOW THEREFORE, IT IS ORDERED** that the Debtor shall remit a regular payment of $872.00 to the Chapter 13 Trustee on or before February 10, 2021. Should the Chapter 13 Trustee not receive the payment on or before February 10, 2021 or should the payment not be honored by the bank in any way, this case may be dismissed upon the Chapter 13 Trustee's notification to the Court, without further notice or hearing; and the Chapter 13 Trustee's Motion to Dismiss is reset for hearing on February 24, 2021, at 9:30 AM at 300 Fayetteville Street, 3rd floor Courtroom, Raleigh, NC 27601, subject to the conditions set forth herein.

**IN CONSENT**:

| | |
|---|---|
| /s/ *Travis Sasser* | /s/ *John F. Logan, Trustee* |
| Travis Sasser, State Bar No. 26707 | John F. Logan, State Bar No. 12473 |
| Attorney for Debtor | Chapter 13 Trustee |
| 2000 Regency Parkway, Suite 230 | P.O. Box 61039 |
| Cary, NC 27518 | Raleigh, NC 27661 |
| 919-319-7400 (ph) | 919-876-1355 (ph) |
| travis@sasserbankruptcy.com | mburnett@ralch13.com |

End of Document